# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JERI N. DAVIDSON,** <br> **A/K/A NICOLE EDWARDS,** | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No. 1:20CV00007 |
| v. | ) <br> ) | **JUDGMENT** |
| **SMYTH COUNTY SCHOOL BOARD,** | ) <br> ) <br> ) <br> ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

Judgment on the merits is entered in favor of the defendant.

The Clerk is directed to close the case.

ENTER: January 20, 2022

/s/ JAMES P. JONES
Senior United States District Judge